# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

MICHAEL J. DAHLIN,                                              Civil No. 07-1854 JMR/AJB

      Plaintiff,

v.                                                                               **ORDER**

DARIN HAUGLAND,

      Defendant.

Based upon the Report and Recommendation by U.S. Magistrate Judge Arthur J. Boylan, dated August 7, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Petitioner Michael J. Dahlin's Complaint pursuant to 42 U.S.C. § 1983 is **dismissed**. [Docket No. 1].

Date: August 25, 2008

                                            s/James M. Rosenbaum
                                            James M. Rosenbaum
                                            United States District Court Judge